Dismissed and Memorandum Opinion filed July 28, 2005









Dismissed and Memorandum Opinion filed July 28, 2005.

 

In The

 

Fourteenth
Court of Appeals

____________

 

NO. 14-05-00469-CV

____________

 

EVROY
PALMER, Appellant

 

V.

 

DEUTSCHE
BANK TRUST COMPANY, ET AL., Appellees

 



 

On Appeal from
the County Civil Court at Law No. 3

Harris
County, Texas

Trial Court
Cause No. 834,089

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a
judgment signed March 30, 2005.  The
trial court granted appellant=s
motion for new trial and signed a new judgment on May 13, 2005.  Appellant filed a notice of appeal from the
new judgment, which was assigned to this court under a new appellate case
number 14-05-00582-CV.  Therefore, the
first appeal has been rendered moot. 

Accordingly, this appeal is
ordered dismissed.  Appellant=s appeal from the new judgment under
our appellate case number 14-05-00582-CV remains pending.

 

PER CURIAM

Judgment rendered and Memorandum Opinion filed
July 28, 2005.

Panel consists of Chief Justice Hedges and
Justices Fowler and Frost.